**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**~~SECOND~~ FOURTH DIVISION**

John Mathew Boetel, Jr.

Plaintiff,

vs.

Patrick K. Costello, as Special Administrator of the Estate of Refael Katzman and U-Haul Company of Nevada, Inc.

Defendants.

**CASE NO.** 00-CV-253 (MJD/JGL)

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY AGREED AND STIPULATED by and between the parties that the time for Defendant U-Haul Company of Nevada, Inc. to answer, move, or otherwise respond to Plaintiff's Complaint is extended to February 14, 2000. This Stipulation is without waiver of any rights of either party.

Date: February 2, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: [signature]

Mark S. Olson (#82120)
Jacqueline M. Moen (#239896)
3400 Plaza VII, 45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT U-HAUL COMPANY OF NEVADA, INC.**

FILED FEB 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Date: February 7, 2000

**VON HOLTUM, MALTERS & SHEPHERD**

By: ______________________________

James E. Malters (#67040)

706 Tenth Street, P.O. Box 517
Worthington, Minnesota 56187-0517
Telephone: (507) 376-4166
Facsimile: (507) 376-6359

**ATTORNEYS FOR PLAINTIFF**

**IT IS SO ORDERED.**

______________________________

Magistrate Judge