UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

JOHN MATHEW BOETEL, JR.,

Plaintiff,

vs.

PATRICK K. COSTELLO, as personal representative of the estate of REFAEL KATZMAN, deceased, and U-HAUL COMPANY OF NEVADA

Defendants.

**Court File No. 00-253 (MJD/JGL)**

**ORDER**

Upon Stipulation of the parties, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Settlement Conference, currently set for June 13, 2000, at 1:45 p.m., shall be continued for 60 days. The Court shall reschedule the conference and issue an amended notice of same.

Dated: April 27, 2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK