UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

JOHN MATHEW BOETEL, JR.,

Plaintiff,

vs.

PATRICK K. COSTELLO, as personal representative of the estate of REFAEL KATZMAN, deceased, and U-HAUL COMPANY OF NEVADA

Defendants.

**Court File No. 00-253 (MJD/JGL)**

**ORDER**

---

Upon Stipulation of the parties, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Settlement Conference, currently set for June 13, 2000, at 1:45 p.m., shall be continued for 60 days. The Court shall reschedule the conference and issue an amended notice of same.

Dated: April 27, 2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RECEIVED
APR 27 2000
JACQUELINE M. MOEN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

JOHN MATHEW BOETEL, JR.,

Plaintiff,

vs.

PATRICK K. COSTELLO, as personal representative of the estate of REFAEL KATZMAN, deceased, and U-HAUL COMPANY OF NEVADA

Defendants.

**Court File No. 00-253 (MJD/JGL)**

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE FOR SIXTY DAYS**

WHEREAS the Court has scheduled a Settlement Conference to be held on June 13, 2000, at 1:45 p.m.;

WHEREAS the Defendants would like Plaintiff to submit to an independent medical examination, pursuant to Rule 35, prior to participating in settlement negotiations; and

WHEREAS there is insufficient time for Defendants to obtain all the required medical records for an examination to be completed and reported on in advance of the Settlement Conference;

WHEREAS Defendants have served discovery requests and provided authorizations to Plaintiff, and, if the Scheduling Conference is continued by 60 days, expect to be able to complete their requests for records, obtain all the required records, and schedule an examination well in advance of the rescheduled conference.

ACCORDINGLY, the parties herein, by and through their respective counsel, hereby Stipulate and Agree that the Scheduling Conference, currently scheduled for June 13, 2000, at

1:45 p.m., may be continued for 60 days and rescheduled to a date and time to be determined by the Court.

Date: April 27, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________

Mark S. Olson (#82120)
Jacqueline M. Moen (#239896)
3400 Plaza VII, 45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANTS**

Date: April ___, 2000

**VON HOLTUM, MALTERS & SHEPHERD**

By: ______________________

James E. Malters (#67040)
706 Tenth Street, P.O. Box 517
Worthington, Minnesota 56187-0517
Telephone: (507) 376-4166
Facsimile: (507) 376-6359

**ATTORNEYS FOR PLAINTIFF**