UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

JOHN MATHEW BOETEL, JR.,

Plaintiff,

vs.

PATRICK K. COSTELLO, as personal representative of the estate of REFAEL KATZMAN, deceased, and U-HAUL COMPANY OF NEVADA

Defendants.

**Court File No. 00-253 (MJD/JGL)**

**ORDER**

Upon Stipulation of the parties, and pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, it is hereby ordered that Ran Baumflck, as Administrator of the Estate of Rafael Katzman, be substituted in this action as party defendant in the place of Special Administrator Patrick K. Costello. The caption shall be amended to reflect the substitution.

Dated: _____________, 2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge

JUL 05 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

John Mathew Boetel, Jr.,

Plaintiff,

vs.

Patrick K. Costello, as Special Administrator of the Estate of Refael Katzman and U-Haul Co. of Nevada, Inc.,

Defendants.

**Court File No. 00-CV-253 MJD/JGL**

**STIPULATION OF SUBSTITUTION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25**

WHEREAS Ran Baumflek was, on April 27, 2000, duly appointed Administrator of the Estate of Refael Katzman by the Middlesex Division of the Commonwealth of Massachusetts, Probate and Family Court Department, Docket No. 00P2094AD; and

WHEREAS the parties agree that the Administrator of the Estate should be substituted in the place of the Special Administrator Patrick K. Costello to represent the interests of the Estate in this matter;

THEREFORE the parties stipulate and agree that this Court may enter an order, pursuant to Federal Rule of Civil Procedure 25(c), directing that Ran Baumflek, as Administrator of the Estate of Refael Katzman, be substituted in this action as party defendant in the place of Special Administrator Patrick K. Costello.

Date: June 26, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: *Jacqueline M. Moen*

Mark S. Olson (#82120)
Jacqueline M. Moen (#239896)
3400 Plaza VII, 45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANTS**

FILED________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: June 29, , 2000

**VON HOLTUM, MALTERS & SHEPHERD**

By: ______________________________

James E. Malters (#67040)
706 Tenth Street, P.O. Box 517
Worthington, Minnesota 56187-0517
Telephone: (507) 376-4166
Facsimile: (507) 376-6359

**ATTORNEYS FOR PLAINTIFF**

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Middlesex Division

Docket No. 00P2094AD

## Administration With/~~Without~~ Sureties

Name of Decedent: Rafael Katzman

Domicile at Death: 812 Memorial Drive, (Street and No.) Cambridge (City or Town) Middlesex (County) 02139 (Zip)

Date of Death: August 26, 1998

Name and address of Petitioner(s): Ran Baumflek, 91 Lawrence Street, Pepperell, MA 01463

Status: Friend

**Heirs at law or next of kin of deceased including surviving spouse:**

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| Hanan Katzman, | 63 Degel Reuven Street, Petah-tikvah, 49551 Israel; | father |
| Ester Katzman, | 63 Degel Reuven Street, Petah-tikvah, 49551 Israel; | mother |

[x] The petitioner(s) hereby certifies that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the **Department of Public Welfare, P.O. Box 86, Essex Station, Boston, Massachusetts 02112.**

Petitioner(~~s~~) pray(s) that he/~~she/they~~ or some other suitable person ____ of ____ in the County of ____ be appointed administrator of said estate with/~~without~~ surety on his/~~her/their~~ bond(~~s~~) and certifies under the penalties of perjury that the foregoing statements are true to the best of his/~~her/their~~ knowledge and belief.

Date: May 28, 1999

Signature(s): [signature]
Ran Baumflek

The undersigned hereby assent to the foregoing petition.

### DECREE

All persons interested ~~having been notified in accordance with the law or~~ having assented and no objections being made thereto, it is decreed that Ran Baumflek of Pepperell in the County of Middlesex be appointed administrator of said estate first giving bond with ____ sureties for the due performance of said trust.

Date: April 27 2000

Edward F. Donnelly Jr.
JUSTICE OF THE PROBATE AND FAMILY COURT

CJ-P1 (8/92)

DATED MAY 04 2000

I, the undersigned HEREBY CERTIFY that I am the Register of the Probate and Family Court in the County of Middlesex, that such as I have custody of the records of said Court, and I further certify that the foregoing is a photographic copy of the decree of appointment of the fiduciary; that said fiduciary has given bond as required by the law and that said appointment remains in full force

Witness, by my hand and seal of the Probate Court of the Commonwealth of Massachusetts, in Cambridge.

[signature]
LEE G. JOHNSON, REGISTER
of MIDDLESEX PROBATE COURT