UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

JOHN MATHEW BOETEL, JR.,

Plaintiff,

vs.

RAN BAUMFLEK, as Administrator of the Estate of Refael Katzman, and U-HAUL COMPANY OF NEVADA,

Defendants.

**Civ. No. 00-253 (MJD/JGL)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action, and all claims asserted herein, may be fully and finally dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

Date: December 18, 2000

**VON HOLTUM, MALTERS & SHEPHERD**

By: ______________________
James E. Malters (#67040)
607 Tenth Street
P.O. Box 517
Worthington, Minnesota 56187-0517
Telephone: (507) 376-4166

**ATTORNEYS FOR PLAINTIFFS**

FILED JAN 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN [illegible]
DEPUTY CLERK ______________

Date: December 29, 2000

OPPENHEIMER WOLFF & DONNELLY LLP

By: [signature]

Mark S. Olson (#82120)
Jacqueline M. Moen (#239896)
3400 Plaza VII, 45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANTS**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by counsel herein, this action is hereby dismissed with prejudice and without costs and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 2nd day of Jan., 2001.

[signature]
The Honorable Michael J. Davis
United States District Court